# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-3478

———————

Anthony Lee Patmon,

        Appellant,

    v.

Douglas County Department of
Corrections; Unknown Gensler,
Dr.; Tom Brands; Rhonda Moore,

        Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Nebraska.
\*
\*
\*  [UNPUBLISHED]
\*
\*

———————

Submitted: October 7, 2005
Filed: October 12, 2005

———————

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

———————

PER CURIAM.

Former Nebraska inmate Anthony Lee Patmon appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action, which included state-law medical malpractice claims, and the court's denial of several discovery motions. Having reviewed the record and the parties' briefs, we conclude dismissal of Patmon's section 1983 claim was proper. See Morstad v. Dep't of Corr. and Rehab., 147 F.3d

———————

[1] The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

741, 744 (8th Cir. 1998) (dismissal for failure to state claim reviewed de novo). We also conclude the district court did not err in denying the motions or in declining to exercise supplemental jurisdiction over the state-law claims. See Labickas v. Ark. State Univ., 78 F.3d 333, 334-35 (8th Cir.) (per curiam), cert. denied, 519 U.S. 968 (1996).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____